IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAVONA HILL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERT BELL/PETE ROZELLE NFL | : | |
| PLAYER RETIREMENT PLAN, et al., | : | No. 09-4051 |
| Defendants. | : | |

# JUDGMENT

**AND NOW**, this **4th** day of **November**, **2010**, following a bench trial on October 21, 2010, upon consideration of the letter briefs of Barbara Sullivan and Lavona Hill, and for the reasons provided in this Court's Memorandum of November 4, 2010, it is hereby **ORDERED** that:

1. Judgment is entered in favor the Bert Bell/Pete Rozelle NFL Player Retirement Plan and the Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan on all claims brought against them.

2. With respect to the NFL Defendants' Interpleader Complaint, the Court enters judgment in favor of Lavona Hill.

3. Lavona Hill is entitled to the interpled funds in the amount of $29,700 and shall be entitled to collect future benefits under the Plan as the surviving spouse of Thomas Sullivan.

4. This Court takes no position on whether Hill is entitled to collect any past benefits from Barbara Sullivan.

5. The NFL Defendants' Motion in Limine to Limit Evidence to the Administrative Record (Document No. 25) is **DENIED as moot**.

6. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**